IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02522-PAB-MEH

ALEX BURTON,

    Plaintiff,

v.

THE BANK OF NEW YORK MELLON TRUST COMPANY,
LAW OFFICE OF CASTLE STAWIARSKI, LLC, and
DEBRA JOHNSON, in her personal and official capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 10, 2012**.

    In light of the settlement of this matter, Defendant Castle Stawiarski, LLC's Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) [filed November 9, 2011; docket #11], Defendant Denver Public Trustee's Motion to Dismiss [filed December 6, 2011; docket #37] and Defendant Bank of New York Mellon Trust Co.'s Motion to Dismiss [filed January 31, 2012; docket #76] are **denied as moot**.  In accordance with this Court's February 9, 2012 order, the parties shall file dismissal papers with the Court on or before March 1, 2012.