IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02522-PAB-MEH

ALEX BURTON,

    Plaintiff,

v.

THE BANK OF NEW YORK MELLON TRUST COMPANY,
LAW OFFICE OF CASTLE STAWIARSKI, LLC, and
DEBRA JOHNSON, in her personal and official capacities,

    Defendants.
_____

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**
_____

    This matter is before the Court on the Recommendation of United States Magistrate Judge (the "Recommendation") served on May 4, 2012 [Docket No. 93]. The magistrate judge recommends that the Court grant the Post-Settlement Motion to Dismiss With Prejudice [Docket No. 90] filed by defendants Bank of New York Mellon Trust Company and Castle Stawiarski, LLC.  The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties.  *See* 28 U.S.C. § 636(b)(1)(C).  No party has objected to the Recommendation.

    In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate.  *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t does not appear that Congress intended to require district court review of a

magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[1] Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law and therefore will grant the Post-Settlement Motion to Dismiss With Prejudice [Docket No. 90] filed by defendants Bank of New York Mellon Trust Company and Castle Stawiarski, LLC. Furthermore, although defendant Debra Johnson did not join in the Post-Settlement Motion to Dismiss With Prejudice, the Court finds that the motion's bases apply equally to her. *See* Docket No. 82 (indicating that all parties had reached a settlement); Docket No. 83 (minute order denying defendant Debra Johnson's motion to dismiss as moot in light of the settlement); Docket No. 90 at 2, ¶ 6(a) (representing that all parties have signed a settlement agreement).

Accordingly, it is

**ORDERED** as follows:

1. The Recommendation of United States Magistrate Judge [Docket No. 93] is ACCEPTED.

2. The Post-Settlement Motion to Dismiss With Prejudice [Docket No. 90] filed by defendants Bank of New York Mellon Trust Company and Castle Stawiarski, LLC is GRANTED. Plaintiff's claims against all defendants are dismissed with prejudice.

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).

DATED May 29, 2012.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge